**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

PATRICIA ANN YATES, as the  :
Administratrix of the Estate of
FRANK LEE YATES, JR.,          :
deceased,
                               :

        Plaintiff,
                               :

vs.                                        CA 08-0337-KD-C
                               :

MEDTRONIC, INC., et al.,
                               :

        Defendants.

## ORDER

After due and proper consideration of all portions of  this file deemed

relevant to the issues raised, and there having been no objections filed[1], the

recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B)

and dated July 31, 2008 is **ADOPTED** as the opinion of this Court.

The Clerk of Court is DIRECTED to REMAND this action to the

Circuit Court of Mobile County, Alabama.

**DONE** this 26th  day of August, 2008.

                    /s/ Kristi K. DuBose
                    **KRISTI K. DuBOSE**
                    **UNITED STATES DISTRICT JUDGE**

---

[1]   On August 25, 2008 defendants Cardiology Associates of Mobile, Inc., Stephanie D.
Grosz, M.D., and Scott D. Kirby, M.D., filed a request for the court to "promptly
issue and Order remanding the case to State Court."  (Doc. 46)