**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| PATRICIA ANN YATES, as the Administratrix of the Estate of FRANK LEE YATES, JR., deceased, | : <br> : <br> : <br> : |
| Plaintiff, | : |
| vs. | :     CA 08-0337-KD-C |
| MEDTRONIC, INC., et al., | : |
| Defendants. | : |

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the motion to remand filed in this case (Doc. 8) be and the same hereby is **GRANTED** and that this case be **REMANDED** to the Circuit Court of Mobile County, Alabama from whence it came.

**DONE** this <u>26th</u> day of <u>August</u>, 2008.

                                           /s/ Kristi K. DuBose
                                           **KRISTI K. DuBOSE**
                                           **UNITED STATES DISTRICT JUDGE**